UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:11CR29 |
| | ) | |
| v. | ) | PETITION FOR |
| | ) | WRIT OF HABEAS CORPUS |
| ELISA ANNETTE BAKER | | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and ELISA ANNETTE BAKER, BOOKING# 101918 DOB:6/6/1968; W/F who is presently detained in the Catawba County Detention Center, for her appearance before the Court in the Western District of North Carolina in connection with an Indictment in the above district against said defendant.

It is further ORDERED that immediately after the said case shall have been disposed of ELISA ANNETTE BAKER, be returned to the said Catawba County Detention Center under safe and secure conduct, and have you then and there this writ

RESPECTFULLY SUBMITTED, this 19th day of May, 2011.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY
**s/Dana O. Washington**
Assistant United States Attorney
State of Virginia Bar # 31981
Attorney for the Plaintiff
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 - office
(704) 344-6629 - fax