UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 5:11cr29 |
| ) | |
| ) | **BILL OF INDICTMENT** |
| v. ) | Violations: |
| ) | 21 U.S.C. § 846 |
| ) | 21 U.S.C. § 841(a)(1) |
| ELISA ANNETTE BAKER, ) | 21 U.S.C. § 856 |
| also known as "Elisa Young" ) | |
| ) | |

### THE GRAND JURY CHARGES:

### COUNT ONE

From at least as early as in or about 2006, the exact date being unknown to the Grand Jury, to in or about October 2010 in Caldwell and Catawba County, within the Western District of North Carolina, and elsewhere,

**ELISA ANNETTE BAKER,**
a/k/a "Elisa Young"

did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute controlled substances, in a violation of Title 21, United States Code, Section 841(a)(1).

Said offense involved a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

Said offense involved a mixture and substance containing a detectable amount of hyrdocodone, a Schedule III controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(E)(2).

Said offense involved a mixture and substance containing a detectable amount of alprazolam, a Schedule IV controlled substance drugs, in violation of Title 21, United States Code, Section 841(b)(1)(E)(2).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

From at least as early as in or about May 2006 to in or about October 2010 in Caldwell and Catawba County, within the Western District of North Carolina, and elsewhere,

**ELISA ANNETTE BAKER,**
a/k/a "Elisa Young"

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

From at least as early as in or about May 2006 to in or about October 2010 in Caldwell and Catawba County, within the Western District of North Carolina, and elsewhere,

**ELISA ANNETTE BAKER,**
a/k/a "Elisa Young"

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of hyrdocodone, a Schedule III controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(E)(i).

## COUNT FOUR

From at least as early as in or about May 2006 to in or about October 2010 in Caldwell and Catawba County, within the Western District of North Carolina, and elsewhere,

**ELISA ANNETTE BAKER,**
a/k/a "Elisa Young"

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of alprazolam, a Schedule IV controlled substance drugs, in violation of Title 21, United States Code, Section 841(b)(1)(E)(2).

## COUNT FIVE

From on or about July 24, 2009 though on or about November 9, 2009 in Caldwell County, within the Western District of North Carolina,

**ELISA ANNETTE BAKER,**
a/k/a "Elisa Young"

did knowingly use and maintain a place, that is, a residence located at 6 Congress Street, Apartment #1, Granite Falls, North Carolina for the purpose of distributing a controlled substance, that is, oxycodone, hydrocodone and Alprazolam; in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT SIX

From on about November 13, 2009 though on or about April 8, 2010 in Caldwell County, within the Western District of North Carolina, and elsewhere,

**ELISA ANNETTE BAKER,**
a/k/a "Elisa Young"

did knowingly use and maintain a place, that is, a residence located at 4010 Phillip Lane, Hudson, North Carolina for the purpose of distributing a controlled substance, that is, oxycodone, hydrocodone and alprazolam; in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT SEVEN

From in or about July 2010 though in or about October 2010 in Catawba County, within the Western District of North Carolina, and elsewhere,

**ELISA ANNETTE BAKER,**
a/k/a "Elisa Young"

did knowingly use and maintain a place, that is, a residence located at 21 21st Avenue NE, Hickory, North Carolina for the purpose of distributing a controlled substance, that is,

oxycodone, hydrocodone and alprazolam; in violation of Title 21, United States Code, Section 856(a)(1).

A TRUE BILL:

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY

CORTNEY S. ESCAVARAGE
ASSISTANT UNITED STATES ATTORNEY

4