AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
Western District of North Carolina

RECEIVED
MAY 19 2011
United States Marshals Service
Western North Carolina

United States of America
v.
ELISA ANNETTE BAKER
*Defendant*

Case No. 5:11cr29

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ELISA ANNETTE BAKER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY

FILED
CHARLOTTE, NC
JUN 07 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Date: 5/18/11

*Issuing officer's signature*

City and state: Charlotte, North Carolina

**FRANK G. JOHNS**
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 05/26/2011
at *(city and state)* Newton NC. USMS, W/NC assumed custody per detainer at Catawba Co. Jail w/WHCAP.

Date: 05/26/2011

*Arresting officer's signature*

Marc McRee, DUSM/CIIC
*Printed name and title*