FILED
STATESVILLE, N.C.

MAR 29 2013

U.S. District Court
Western District of N.C.

5:11CR29-1-V RECEIVED
CHARLOTTE, N.C.

MAR 29 2013

Clerk, U. S. Dist. Court
W. Dist. of N. C.

Subject placed in USMS W/NC custody at the Catawba County Jail on 05/26/2011.

KELLY M. NESBIT, USM

*Demetria Brittingham*
BY: Demetria Brittingham, CPS

Subject released from USMS W/NC custody at the Mecklenburg County Jail on 03/20/2013 and returned to State custody. This WHCAP has been satisfied.

KELLY M. NESBIT, USM

*Demetria Brittingham*
BY: Demetria Brittingham, CPS